# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

GARY RANDAL MCCOY,

    Plaintiff,

v.                                                          Case No. 3:22-cv-302-MMH-LLL

COLLIN T. WAYCHOFF,

    Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court <u>sua sponte</u>. On September 28, 2023, the Court entered an Order administratively closing this case pending further Order of the Court. <u>See</u> Order (Dkt. No. 28; Order). The Court also provided that the parties shall have until November 27, 2023, to file a joint stipulation of dismissal or other appropriate documents to close out this file. <u>See</u> <u>id.</u> The Court noted that, if the parties did not file settlement pleadings or a request for additional time by November 27, 2023, this case would automatically be deemed to be dismissed without prejudice. <u>See</u> <u>id.</u> As of this date, the parties have not filed a joint stipulation of dismissal or other appropriate documents. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 4th day of December, 2023.

*[Signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record